**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:25-CR-365-S |
| v. | |
| DAROLYNE AYLIN HERNANDEZ-FLORES (3) | |

### FACTUAL RESUME

In support of Darolyne Aylin Hernandez-Flores's plea of guilty to the offense in Count One of the Superseding Misdemeanor Information, Hernandez-Flores, the defendant, Raúl Cáñez, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Superseding Misdemeanor Information, charging a violation of 18 U.S.C. § 111(a)(1) that is, impeding a federal officer, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant impeded a federal officer, as described below;

*Second.* That the federal officer was impeded while engaged in the performance of their official duty or on account of the performance of official duties; and

*Third.* That the defendant did such acts intentionally.

---

[1] Fifth Circuit Pattern Jury Instruction 2.07 (5th Cir. 2024).

Factual Resume—Page 1

## STIPULATED FACTS

1. Darolyne Aylin Hernandez-Flores (the defendant) admits and agrees that on or about on or about July 2, 2025, in the Dallas Division of the Northern District of Texas, she knowingly and intentionally impeded United States Border Patrol Agents R.F. and S.R., each a person designated in 18 U.S.C. § 1114; who were engaged in the performance of official duties. In violation of 18 U.S.C. § 111(a)(1).

2. The defendant admits that on or about July 2, 2025, she observed her father and codefendant, Jairo Josue Hernandez Ortiz (Hernandez), resisting arrest by United States Border Patrol Agents R.F. and S.R. outside their home in Dallas, Texas. She admits that she exited the residence and, along with her mother, codefendant Carolina Yamileth Melger-de Hernandez, attempted to pull Hernandez back into the residence and away from agents. She admits that by doing so, she interfered and impeded Agents R.F. And S.R. in the performance of their official duties.

[the remainder of this page left intentionally blank]

3.  The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Superseding Misdemeanor Information.

AGREED TO AND STIPULATED on this 25 day of _____August_____, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
DAROLYNE AYLIN
HERNANDEZ-FLORES
Defendant

_____
MYRIA BOEHM
Assistant United States Attorney
Texas State Bar No. 24069949
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8600
Fax: 214-659-8605
Email: myria.boehm@usdoj.gov

_____
RAUL CÁÑEZ
Attorney for Defendant